

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2015

No. 04-15-00487-CV

**CONOCOPHILLIPS COMPANY**, and Rodolfo C. Ramirez, Individually and as the Independent Administrator of the Estate of Ileana Ramirez, and El Milagro Minerals, Ltd., Appellants

v.

Leon Oscar **RAMIREZ**, Jr., Individually, and Jesus M. Dominguez, as Guardian for Minerva Clementina Ramirez, an incapacitated person, Individually, Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,637
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

Appellees' motion to reinstate appeal is granted. We order the appeal reinstated and placed back on the court's active docket. We further order appellants' brief due on December 30, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court